NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

JUL 3 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

RAUL SAINZ-RIVERA,

                Petitioner,

  v.

JEFFERSON B. SESSIONS III, Attorney General,

                Respondent.

No. 15-72698

Agency No. A091-684-104

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 26, 2017[**]

Before:    PAEZ, BEA, and MURGUIA, Circuit Judges.

Raul Sainz-Rivera, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's ("IJ") decision denying asylum, withholding of removal, and relief under the Convention Against Torture. We have jurisdiction under 8 U.S.C.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

§ 1252. We review de novo claims of due process violations in immigration proceedings. *Cruz Rendon v. Holder*, 603 F.3d 1104, 1109 (9th Cir. 2010). We deny the petition for review.

We reject Sainz-Rivera's contentions that the IJ violated his due process rights by not allowing him to present evidence of his good moral character or by exhibiting bias toward Sainz-Rivera. *See Lata v. INS*, 204 F.3d 1241, 1246 (9th Cir. 2000) (requiring error to prevail on a due process claim).

Sainz-Rivera does not otherwise challenge the agency's denial of relief.

**PETITION FOR REVIEW DENIED.**